IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ALEXANDER REYNOLDS, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No. 7:14-CV-99-HL-TQL |
| SHERIFF CHRIS PRINE, | : | |
| | : | PROCEEDINGS UNDER 28 U.S.C. § 2241 |
| Respondent. | : | |

## **O R D E R**

Petitioner Alexander Reynolds, who was confined at the Lowndes County Jail in Valdosta, Georgia, at the time of filing, filed a habeas corpus petition pursuant to 42 U.S.C. § 2241. In an Order dated July 27, 2014, the undersigned directed Petitioner to pay the filing fee or file a proper motion to proceed *in forma pauperis* within twenty-one days. (Doc. 3.) As of the date of this Order, however, no payment of the filing fee has been made nor has Petitioner moved to proceed *in forma pauperis*. Petitioner was notified that a failure to comply with the Court's order would result in a dismissal of his action.

WHEREFORE, Petitioner's habeas corpus petition is hereby DISMISSED without prejudice for his failure to comply with the Court's order.

SO ORDERED, this 10th day of September, 2014.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE

lws